

# Fourth Court of Appeals
## San Antonio, Texas

June 10, 2013

No. 04-13-00344-CR

**IN RE** Kevin Lamar **JOHNSON**

Original Mandamus Proceedings[1]

**ORDER**

Sitting:     Catherine Stone, Chief Justice
             Sandee Bryan Marion, Justice
             Marialyn Barnard, Justice

On May 31, 2013, relator filed a petition for writ of mandamus. The petition for writ of mandamus is DENIED AS MOOT because an attorney has been appointed to represent relator in connection with his motions for post-conviction DNA testing. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on June 10, 2013.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of June, 2013.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2002CR4779, styled *State of Texas v. Kevin Lamar Johnson*, pending in the 227th Judicial District Court, Bexar County, Texas, the Honorable Philip A. Kazen, Jr. presiding.